IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Julius Lamunn North, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-3211 |
| | § | |
| HomeLoanServ, Inc. *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court are Pro Se Plaintiff's Motion to Disqualify Attorney Elizabeth Hayes (Document No. 44); Motion for Sanctions (Document No. 45); Motion for Supervisory Presence and Witness Attendance During Hearings (Document No. 46); and Motion for a Continuance (Document No. 47). The Court, having considered the Plaintiff's motions, submissions, and applicable law, finds that the Plaintiff's motions should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Disqualify Attorney Elizabeth Hayes (Document No. 44) is **DENIED**. The Court further

**ORDERS** that Plaintiff's Motion for Sanctions (Document No. 45) is **DENIED**. The Court further

**ORDERS** that Plaintiff's Motion for Supervisory Presence and Witness Attendance During Hearings (Document No. 46) is **DENIED**. The Court further

**ORDERS** that Plaintiff's Motion for a Continuance (Document No. 47) is **DENIED**. The Court further

**WARNS** that continual failure to abide by court rules and filing procedures could result in monetary sanctions by the Court without further notice.

SIGNED at Houston, Texas, on this 23 day of August, 2024.

_____
DAVID HITTNER
United States District Judge